ACCEPTED
05-15-00173-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/10/2015 1:41:33 PM
LISA MATZ
CLERK

NO. 10-13809

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/10/2015 1:41:33 PM
LISA MATZ
Clerk

*JOHN T. SHARP AS ATTORNEY IN FACT FOR THOMAS H. SHARP*

PLAINTIFFS

IN THE DISTRICT COURT

OF *DALLAS COUNTY*

TEXAS

v.

ROBERT J. PITRE AND JORDAN PITRE

DEFENDANT.

298TH

JUDICIAL DISTRICT

NOTICE OF APPEAL

ROBERT J. PITRE AND JORDAN PITRE, Defendants below, desire to appeal from the judgment granting final judgment that Defendants take title to property free and clear of liens, claims and interest of Defendant, have attorney's fees, and cost, and such other writs and process required to enforce the judgment rendered on November 14, 2014 by the Presiding Judge of the 298th District Court, the Hon. Emily G. Tobolwsky.   The appeal is taken to the Fifth Court of Appeals.

Respectfully submitted,


_____/s/_____
KEVIN S. WILEY, SR.
ATTORNEY FOR DEFENDANTS ROBERT J. PITRE AND JORDAN PITRE
THE WILEY LAW GROUP, PLLC
325 N. ST. PAUL STREET, SUITE 2750
Dallas, Texas   75202
(214) 537-9572 (M)
(469) 584-4016 (O)
(469) 584-4004 (F)
SBOT# 21470700

Certificate of Service


I certify that a true and correct copy of this notice of appeal was served by electronic filing and email to counsel for Defendants, to wit, Byron Kelley, Esq., Settle & Pou, 3333 Lee Parkway, Eighth Floor, Dallas, Texas 75219

\_\_\_\_\_/s/_____
Kevin S. Wiley, Sr., Esq.